UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY GIRALDES,

        Petitioner,

  v.

D. BAUGHMAN,

        Respondent.

Case No. 18-cv-05610-SI

**JUDGMENT**

The petition for writ of habeas corpus is dismissed because it does not state a claim upon which federal habeas relief may be granted.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 26, 2018

_____
SUSAN ILLSTON
United States District Judge